**ST. LOUIS RAMS PARTNERSHIP,**
Plaintiff,

v.

**The GADDIS G.P., L.L.C., et al.,**
**Defendants/Respondents,**

v.

**Eric Stisser, et al., Third–**
**Party Defendants.**

No. ED 90761.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 14, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 2008.

Application for Transfer Denied Feb. 24, 2009.

Lawrence G. Gillespie, Clayton, MO, for appellant.

Al W. Johnson, R. Ryan Kirby, St. Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Vern Stisser appeals the trial court's denial of a motion to set aside a default judgment entered in favor of The Gaddis G.P., L.L.C., et al. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties

have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).